(85 South. 881)

MASTIN v. McANNELLY HARDWARE CO. (8 Div. 760.)

(Court of Appeals of Alabama. May 18, 1920.)

APPEAL AND ERROR ⚖==627(3) — AFFIRMANCE FOR FAILURE TO FILE TRANSCRIPT.

Where an appeal was taken June 23, 1919, by the filing of a supersedeas bond, motion to affirm submitted April 22, 1920, will be granted; no transcript having yet been filed.

Appeal from Circuit Court, Madison County; Robert C. Brickell, Judge.

Action by the McAnnelly Hardware Company against T. L. Mastin. From a judgment for plaintiff, defendant appeals. Affirmed.

Lanier & Pride, of Huntsville, for appellee.

BRICKEN, P. J. Appellee brought suit against appellant in the circuit court of Madison county, and on the 20th day of May, 1919, the cause was tried and determined, resulting in a judgment in favor of appellee and against appellant for the sum of $343.77. On June 23, 1919, an appeal was taken from this judgment by the making and filing in the circuit court of a supersedeas bond.

The cause was submitted in this court on April 22, 1920, on motion to affirm. No transcript has been filed in this cause, and the motion appears to be well taken, and is therefore granted.

The judgment of the lower court is affirmed.

Affirmed.